UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AREIAS, Individually and as Successor-In-Interest to the Estate of Lucia Areias, BOBBY AREIAS, and HELDER AREIAS,<br><br>Plaintiffs,<br><br>v.<br><br>LOWES HOME CENTERS, LLC,<br><br>Defendant. | Case No. 1:24-cv-00391-KES-HBK<br><br>ORDER GRANTING CONSTRUED MOTION TO EXTEND CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 16) |

On January 10, 2025, the parties filed an Amended Joint Mid-Discovery Status Report. (Doc. No. 16). Therein, the parties provide a status on the case and include a request to extend certain deadlines in the July 11, 2024 Case Management and Scheduling Order. The Court finds good cause to grant an extension to certain deadlines in the Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4). The extension to the dispositive deadline date necessitates extensions to the pretrial and trial dates consistent with the district court's scheduling preferences.

Accordingly, it is **ORDERED:**

1. The Parties' motion to extend certain case management and scheduling deadlines incorporated in their Amended Joint-Discovery Status Report (Doc. No. 16) is GRANTED to the extent set forth herein.

2. The following dates shall govern the management of this action.

I. **Extended Deadlines and Dates**[1]

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 04/11/2025 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 05/12/2025 |
| Deadline for defendants to disclose expert report(s). | 05/12/2025 |
| Deadline for disclosing any expert rebuttal report(s). | 06/11/2025 |
| Deadline for expert discovery. | 07/14/2025 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. **The parties may contact Chambers prior to this date to arrange a settlement conference.** | 07/28/2025 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 08/26/2025 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 12/15/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.  (Second or Fourth Monday) (Judge Sheriff requires 16 weeks form dispositive motion filing date) | 12/22/2025 at 1:30 p.m. |
| Trial Date. (Tuesday) | 02/17/2026 at 8:30 a.m. |

3. The **procedures** set forth in the July 11, 2024 Case Management and Scheduling Order (Doc. No. 11) will continue to govern this action.

4. The Court VACATES the Mid-Discovery Conference scheduled for January 16, 2025.

Dated:   January 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court adjusted the parties' proposed dates to conform to the next business day if the proposed date fell on a weekend or on a non-court business day.

2