UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AREIAS, Individually and as Successor-In-Interest to the Estate of Lucia Areias, BOBBY AREIAS, and HELDER AREIAS,<br><br>Plaintiffs,<br><br>v.<br><br>LOWES HOME CENTERS, LLC,<br><br>Defendant. | Case No. 1:24-cv-00391-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 18) |

On April 8, 2025, the parties filed a stipulated motion to modify certain deadlines in the current scheduling order. (Doc. No. 18). The parties seek to extend only the discovery deadlines due to difficulty scheduling depositions and to allow for a potential second mediation. (*Id.* at 2-3). The Court finds good cause to grant the proposed extension to the discovery deadlines. As the parties do not seek an extension of the dispositive deadline date, an extension to the pretrial or trial dates is not necessary.

Accordingly, it is **ORDERED:**

1. The Parties' stipulated motion to modify certain case management and scheduling deadlines (Doc. No. 18) is GRANTED to the extent set forth herein.

2. The following dates shall govern the management of this action.

I.     **Extended Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 06/13/2025 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 07/14/2025 |
| Deadline for defendants to disclose expert report(s). | 07/14/2025 |
| Deadline for disclosing any expert rebuttal report(s). | 08/13/2025 |
| Deadline for expert discovery. | 09/15/2025 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 09/29/2025 |

3. The **remaining deadlines** set forth in the January 10, 2025 Order Granting Construed Motion to Extend Case Management Scheduling Order (Doc. No. 17) and the **procedures** set forth in the July 11, 2024 Case Management and Scheduling Order (Doc. No. 11) will continue to govern this action.

Dated:    April 9, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2